# United States Court of Appeals
## For the Eighth Circuit
_____

No. 19-1832
_____

Herbert W. Morrison, Jr.

*Plaintiff - Appellant*

v.

Andrew J. Hale, Officer, Individual Capacity

*Defendant - Appellee*

Timothy Sweeso, Officer, Individual Capacity; Shawn Reiland, Officer, Individual Capacity; Timothy Green, Officer, Individual Capacity; John Doe, 1-2; City of Florissant; Ashley Bailey-Smith, Assistant Prosecuting Attorney, Individual Capacity; Steven Grim, Officer, Individual Capacity; Tina M. Broadway; Robyn Ambs; Kathleen M. Pickett

*Defendant*s

_____

Appeal from United States District Court
for the Eastern District of Missouri - St. Louis
_____

Submitted: December 30, 2019
Filed: January 8, 2020
[Unpublished]
_____

Before BENTON, KELLY, and GRASZ, Circuit Judges.
_____

PER CURIAM.

Missouri inmate Herbert Morrison appeals the district court's[1] discovery-related rulings and adverse grant of summary judgment in his 42 U.S.C. § 1983 action.  We conclude the district court did not abuse its discretion in denying Morrison's motions to compel. *See Elnashar v. Speedway SuperAmerica, LLC*, 484 F.3d 1046, 1052 (8th Cir. 2007) (reviewing denial of motion to compel for gross abuse of discretion).  Further, having carefully reviewed the record and the arguments on appeal, we conclude the district court did not err in granting summary judgment. *See Odom v. Kaizer*, 864 F.3d 920, 921 (8th Cir. 2017) (reviewing grant of summary judgment de novo).  Accordingly, we affirm. *See* 8th Cir. R. 47B.

_____

[1]The Honorable Nannette A. Baker, United States Magistrate Judge for the Eastern District of Missouri, to whom the case was referred for final disposition by consent of the parties pursuant to 28 U.S.C. § 636(c).